**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NARCISA HARAMBASIC,

        Plaintiff,

                                    Case No. 3:17-cv-315-J-34JRK

vs.

BARACK OBAMA, et al.,

        Defendants.
_____/

## **REPORT AND RECOMMENDATION**[1]

This cause is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2), filed March 20, 2017, construed as a Motion to Proceed In Forma Pauperis ("Motion"). Upon review of the file, the undersigned recommends that the case be dismissed for failure to prosecute.

Plaintiff initiated this action pro se on March 20, 2017 by filing a Complaint and Request for Injunction (Doc. No. 1; "Complaint").[2] The Complaint asserts claims against former President Barack Obama, former first lady Michelle Obama, and "Barack Obama's Administration." Complaint at 1-4. Plaintiff asserts, as follows, that Defendants threatened her on social media, invaded her privacy, conspired against her, and stole her intellectual property:

> All events or most of them took place online—on social network Facebook. Both former Pres. Obama and his wife have used "chess cards method" [sic]

---

[1] "Within 14 days after being served with a copy of [a report and recommendation on a dispositive issue], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." Id. A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. See Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.

[2] To the extent Plaintiff's Complaint sought entry of a preliminary injunction or temporary restraining order, the request was denied without prejudice on March 21, 2017. See Order (Doc. No. 4).

> by using The New York Times or their own pages (which used to be among my "LIKES") to cyberbully me and conspire against me and my family. They tried to 'instill' fears in me and kick me out of the FACEBOOK, and also wiretapped 'my life' and my child's life; Followed me, plagiarized my intellectual property from Facebook, Invaded my privacy in every way for years and mentally abused me !!!

Id. at 4. The Complaint continues along similar lines with the following:

> It took me some time to analyze the "CARDS" or their cards—to Realize I have been followed, plagiarized, defamed, discriminated, cyberbullied, and threatened for my life and my daughter's as well—just because I am a genius who invented many things in science, among them Telepath [sic]—and due to the jealousy and plagiarism by Obama—I decided to file a lawsuit.

Id. Plaintiff seeks, among other things, "at least 100 billion" dollars for (1) plagiarism; (2) discrimination; (3) defamation of character and invasion of privacy; (4) and cyberbullying and conspiracy against Plaintiff and her child. Id. at 5 (some capitalization omitted).

In a letter attached to the Complaint—written apparently for the Court and addressed "To whom it may concern"—Plaintiff restates and elaborates on her allegations, in part as follows:

> I thought that while I experimented with hypothesis and theories, that have surpassed Albert Einstein's respectfully (post my RN program drop out due to nervous breakdown) and finding the Human Equilibrium AI artificial element that has already moved mountains if you shall, the ex-president of the United States of America, along with his people, not only treated me like some 'Russian spy' or potential terrorist and had me followed everywhere, stole my identity and invaded my privacy on Facebook account, with Facebook's approval, be it under pressure or NOT (Facebook took a big part in this by violating my customers rights), defamed me, discriminated me as a second class citizen in the USA, recorded my phone calls with my friends and families, as well as my child's—but that he also plagiarized my intellectual property from Facebook, to perhaps not use it to only help himself get smarter and get 'his engine running' (as my Equilibrium invention does that to a human mind: it makes your brain go and flow, just like the engine in the car makes the car go)—and post highly intelligent posts during his time in the White House—he, the Clyde along his 'Bonnie' wife openly cyberbullied me and threatened me for my life and my daughter's on Facebook—on numerous occasions using either The New York Times media or their own Fb [(Facebook)] walls.

Doc. No. 1-1, at 1. Plaintiff asserts that Defendants threatened her and "conspire[d]" against her on Facebook "with posts such as 'We will meet at the right place and right time.'" Id. at 2.

Plaintiff's letter also discusses in greater detail Plaintiff's alleged "invention" that she calls "Human Equilibrium." See id. at 1-2. Plaintiff asserts that the invention "is patent pending" and that she used it to "heal many people" suffering from various mental conditions, such as anxiety, autism, seizures, substance abuse, and Alzheimer's. See id. The letter continues as follows:

> [M]y invention and years of experimenting on Facebook (2012-2017) also showed me that with this invention of mine, Human Equilibrium, I can decode suicidal genes and therefore contribute to overall human homeostasis throughout the country and worldwide—and help eradicate violence and crimes by doing so. I also discovered that this scientific frame model will lead me to a first ever invented Telepath too—with which I surpassed Nikola Tesla; who was a genius to invent the AC, however failed to discover that yes, there was a link or links to a human mind as well.

Id. at 2. She further explains that the invention "is an Artificial Intelligence little robot, if you shall, that makes a person smarter, sharper, more alert, adds a 6th sense or 'Eagle effect,' boosts IQ, [and] adds mind GPS." Id. Plaintiff states, "I highly suspect that this, my invention, has been demonstrated and used in CIA operations, Army operations, Swat operations, on individuals who are in prisons, and Title schools, etc—for all the past 5 years, during which I still was experimenting to discover more theories—and invented the first ever Telepath." Id.

Plaintiff's letter describes, as follows, the relief she seeks:

> I am asking the judge to precisely investigate Barack Obama, his CIA agents, Michelle Obama and all involved in plagiarism of my intellectual and patent pending property, cyberbullying and conspiracy against me, left me feeling highly abused, brainwashed, manipulated and 'raped all over again' for long period of time—for a restraining order so they shall never dream to come any close to me physically—or my daughter/family—and maximum possible prison

> sentence once all investigated parties and witnesses are questioned/analyzed and found to be guilty of all that I have mentioned in this letter. And of course for maximum monetary damages from all those parties involved (including Facebook) for all the following: invasion of privacy and theft identity, defamation of character, discrimination, plagiarism, cyberbullying and conspiracy to kill me "at the right time, and right place." The minimum being 20 billion dollars. I am also asking the judge to order that my intellectual property/ Equilibrium element/software and Telepath be all returned to me and anything relevant to that which belongs to me be destroyed.

Id.; see also Complaint at 5.

On May 10, 2017, the undersigned entered an Order (Doc. No. 6), taking the Motion under advisement. The Order noted that Plaintiff's claims are implausible and apparently frivolous, and moreover, that the far-fetched nature of the claims made it highly doubtful that Plaintiff would be able to draft a legally sufficient Complaint. Order at 6. Nonetheless, in an abundance of caution, the Court gave Plaintiff an opportunity to file an Amended Complaint by June 5, 2017, to attempt to state a claim on which relief may be granted. Id. at 6-8. Alternatively, Plaintiff was directed to pay the filing fee by the same date. Id. at 8.

On May 18, 2017, Plaintiff filed a document titled "Amended Complaint" (Doc. No. 11) that contained a letter to the Court and several exhibits that Plaintiff refers to as "evidence material for [her] case." Doc. No. 11, at 1. Among the exhibits are photographs that were apparently posted on Facebook, including a photograph of President Barack Obama in the driver's seat of a car. See Doc. No. 11-5. Plaintiff discusses this photograph as follows:

> Attached is the photo of him following a car that identifies with my Red Honda, in 2013?! It looked exactly like that and again - he was intimidating me and letting me know I was being followed; but being a little 'slow', that rang a bell a little later on - when I had to connect all the dots and get 'the big picture'.

Doc. No. 11-1.

Because Plaintiff's "Amended Complaint" document did not include her claims or allegations, but instead only made reference to them, the document was stricken.[3] See Order (Doc. No. 12), entered June 1, 2017, at 1-2. Plaintiff was directed to file a proper Amended Complaint or pay the filing fee no later than June 26, 2017. Id. at 2. Plaintiff was warned that failure to comply could result in dismissal of this case for lack of prosecution.

To date, Plaintiff has not responded in any way to the June 1, 2017 Order. Accordingly, it is

**RECOMMENDED:**

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2. That the Clerk of Court be directed to terminate all pending motions and close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on July 11, 2017.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

clr
Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Pro se party

---

[3] Even if the "Amended Complaint" were to be considered—and construed broadly—in conjunction with Plaintiff's initial Complaint, the claims clearly remain subject to dismissal for frivolity. If anything, the "Amended Complaint" and attachments merely confirm the frivolous nature of Plaintiff's claims.